395 A.2d 1003

Commonwealth v. Davis, et al., Appellants.

 Submitted September 12, 1977. Philip D. Lauer, for appellant, Davis; Daniel E. Cohen, for appellant, Cooper; John E. Gallagher, District Attorney, for Commonwealth, appellee.

Order affirmed.

Appeal discontinued as to appellant, Harold J. Davis, *only*, on October 13, 1978.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.